1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA ZAMORA MAGANA,<br><br>Plaintiff,<br><br>v.<br><br>ARCHER DANIELS MIDLAND COMPANY dba ADM GOLDEN PEANUT,<br><br>Defendant. | No.  1:20-cv-00578-NONE-SKO<br><br>ORDER REMANDING MATTER TO THE SAN FRANCISCO COUNTY SUPERIOR COURT |

Plaintiff Carolina Zamora Magana initiated this action in San Francisco County Superior Court on February 21, 2020.  (Doc. No. 1-1 at 3.)  On March 30, 2020, defendant removed the case to the United States District Court for the Northern District of California on the basis of diversity jurisdiction.  (Doc. No. 1 at 4–7.)  The action was transferred to this court pursuant to stipulation on April 23, 2020.  (Doc. Nos. 13 & 14.)

On July 13, 2021, the undersigned issued an order adopting the findings and recommendations issued by the magistrate judge assigned to this case, granting plaintiff leave to file an amended complaint.  (Doc. No. 38.)  Because the joinder of an additional, non-diverse defendant in the amended complaint would destroy diversity jurisdiction, the court indicated in its order that, subsequent to the filing of the amended complaint, this action would be remanded

1

the San Francisco County Superior Court, where it was originally filed.  (*Id*.)

On July 19, 2021, plaintiff filed her amended complaint, which joined an additional, non-diverse defendant.  (Doc. No. 39.)  Thus, the court can no longer exercise diversity jurisdiction over this case.  Remand to the San Francisco County Superior Court is therefore required.  *See* 28 U.S.C. § 1447(c); *Bruns v. NCUA*, 122 F.3d 1251, 1257 (9th Cir. 1997).

Accordingly,

1. This case is remanded to the San Francisco County Superior Court, pursuant to 28 U.S.C. § 1447(c), for lack of subject matter jurisdiction; and
2. The Clerk of Court is directed to assign a district judge to this case for the purposes of closure and then to close this case.

IT IS SO ORDERED.

Dated:  **July 26, 2021**                                  ⁣_Dale A. Drozd_____

UNITED STATES DISTRICT JUDGE